UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NATHAN BROWN, 90-A-3219,                                    05-CV-0796E(F)

                    Plaintiff,

          -vs-

GEORGE STRUEBEL, Supervisor Inmate                         ORDER
   Grievance Program, and
SKOWASKI, Correction Officer,

                    Defendants.

_____

          The Honorable Leslie G. Foschio, a Magistrate Judge in this judicial district,

having conducted all proceedings necessary to determine the merits of factual

and legal issues presented with regard to plaintiff's motions for preliminary

injunction in this matter pursuant to this Court's referral under 28 U.S.C.

§636(b)(1)(B), and having on January 24, 2007 filed his Report and

Recommendation concerning such, and no objection thereto having been made,

and the substance and rationale of said Report and Recommendation having been

considered by this Court, it is hereby

          **ORDERED** that said Report and Recommendation is fully confirmed and

plaintiff's motions are denied.

DATED:      Buffalo, N.Y.
            April 27, 2007

                                        _____
                                           /s/ John T. Elfvin
                                           JOHN T. ELFVIN
                                           S.U.S.D.J.